# United States District Court
## *Southern District of Georgia*
### Augusta Division

| | |
|---|---|
| WENDELL A. JENIFER ) | |
| ) | |
| vs ) | CASE NUMBER CV 106-139 |
| FLEMING, INGRAM & FLOYD, P.C., f/k/a Fleming, Blanchard, Jackson & Durham, P.C.; JOHN FLEMING and WILLIAM M. FLEMING ) ) ) | |

### ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reason(s):

The Parties have represented that they plan to file a Declaratory Judgment action. Accordingly, this case is ordered stayed pending resolution of the Declaratory Judgment action.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court mark this action closed for statistical purposes, place the matter in a Civil Suspense File, and delete this matter from the roll of pending cases.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, if the circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**SO ORDERED**, this ___7___ day of ___April___, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA