IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WENDELL A. JENIFER,<br>Plaintiff,<br><br>vs.<br><br>FLEMING, INGRAM & FLOYD, P.C.,<br>f/k/a FLEMING, BLANCHARD,<br>JACKSON & DURHAM, P.C.; JOHN<br>FLEMING and WILLIAM M. FLEMING,<br>Defendants. | Civil Action No. 106-139 |

## CONSENT MOTION TO LIFT STAY
## AND FOR APRROVAL OF CONSENT JUDGMENT

COME NOW Plaintiff Wendell A. Jenifer and Defendants Fleming, Ingram & Floyd, P.C., John Fleming and William M. Fleming, and hereby move this Court to lift the stay of this action as set forth in its Order of April 7, 2008 (Doc. 182), and to consider and approve the attached Consent Judgment for this action, proposed by Plaintiff and Defendants pursuant to the Settlement Agreement reached between all of the parties to this action. Plaintiff and Defendants will provide the Settlement Agreement upon request of the Court.

WHEREFORE, Plaintiff Wendell A. Jenifer and Defendants Fleming, Ingram & Floyd, P.C., John Fleming and William M. Fleming respectfully request that the Court lift the stay of this action and approve the Consent Judgment for this action.

Respectfully submitted this 23rd day of April, 2010.

BY: /s/ David W. Davenport
David W. Davenport
Keith A. Pittman
Lamar, Archer & Cofrin, LLP
50 Hurt Plaza, Suite 900
Atlanta, Georgia 30303

*Counsel for Plaintiff Wendell A. Jenifer*

BY: /s/ M. Brice Ladson
M. Brice Ladson
Mitchell B. Ladson, Jr.
Ladson Law Firm, P.C.
3 Executive Court
10385 Ford Avenue
Post Office Box 2819
Richmond Hill, GA 31324

*Counsel for Plaintiff Wendell A. Jenifer*

BY: /s/ Larry I. Smith
Larry I. Smith
Thompson & Smith, PC
2909-A Professional Parkway
Augusta, GA 30907

*Counsel for Defendants Fleming, Ingram & Floyd, P. C. and John Fleming*

BY: /s/ John B. Long
John B. Long
Tucker Everitt Long Brewton & Lanier
P.O. Box 2426
453 Greene Street
Augusta, GA 30903

*Counsel for Defendant William M. Fleming*