IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WENDELL A. JENIFER,<br>Plaintiff,<br><br>vs.<br><br>FLEMING, INGRAM & FLOYD, P.C.,<br>f/k/a FLEMING, BLANCHARD,<br>JACKSON & DURHAM, P.C.; JOHN<br>FLEMING and WILLIAM M. FLEMING,<br>Defendants. | Civil Action No. 106-139 |

## CONSENT JUDGMENT

It is hereby stipulated between Plaintiff Wendell A. Jenifer and Defendants Fleming, Ingram & Floyd, P.C., John Fleming and William M. Fleming, pursuant to the Settlement Agreement dated effective March 26, 2010 between said parties, that judgment in the above-captioned case be entered in favor of Plaintiff and against Defendants, jointly and severally, for the principal sum of Eight Hundred and Ninety Thousand and no/100 Dollars ($890,000.00). Each party shall bear his or its own costs, with any outstanding and unpaid court costs to be paid equally by Plaintiff and Defendants.

Approved this 19 day of May, 2010.

_____
HONORABLE LISA GODBEY WOOD,
UNITED STATES DISTRICT JUDGE

The undersigned counsel for the parties consent to entry of this Judgment,

BY: /s/ David W. Davenport
David W. Davenport
Keith A. Pittman
Lamar, Archer & Cofrin, LLP
50 Hurt Plaza, Suite 900
Atlanta, Georgia 30303

*Counsel for Plaintiff Wendell A. Jenifer*

BY: /s/ M. Brice Ladson
M. Brice Ladson
Mitchell B. Ladson, Jr.
Ladson Law Firm, P.C.
3 Executive Court
10385 Ford Avenue
Post Office Box 2819
Richmond Hill, GA 31324

*Counsel for Plaintiff Wendell A. Jenifer*

BY: /s/ Larry I. Smith
Larry I. Smith
Thompson & Smith, PC
2909-A Professional Parkway
Augusta, GA 30907

*Counsel for Defendants Fleming, Ingram & Floyd, P. C. and John Fleming*

BY: /s/ John B. Long
John B. Long
Tucker Everitt Long Brewton & Lanier
P.O. Box 2426
453 Greene Street
Augusta, GA 30903

*Counsel for Defendant William M. Fleming*

2